UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| WILLIAMS TRANSPORTATION SERVICE, INC. | 08-03664-8-JRL |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON SMALL DIVIDENDS

The undersigned Trustee having concluded administration of the above estate, respectfully reports unto the Court:

That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been submitted to the court as a result of distribution under $5.00 pursuant to Rule 3010(a), said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| NC Employment Security Commission<br>PO Box 26504<br>Raleigh NC 27611-6504 | 1.87 |
| **TOTAL** | **1.87** |

WHEREFORE, the undersigned Trustee desires to pay unto the Court said small dividend pursuant to Bankruptcy Rule 3010(a).

DATED:   January 5, 2011

                                          *s/s Holmes P. Harden*
                                          Holmes P. Harden, Trustee
                                          State Bar No. 9835
                                          Post Office Box 1000
                                          RALEIGH, NC  27602
                                          Telephone: (919) 981-4000
                                          Facsimile: (919) 981-4300